# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION,

THIS DOCUMENT RELATES TO:

All Cases Listed in Exhibit A

MDL NO. 2545

Master Docket Case No. 1:14-cv-01748

Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Pursuant to the Court's order of 5/26/2016 in the MDL 2545 master file,

Case No. 14 C 1748 (dkt. no. 1969), plaintiff's claims against defendants are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly.

Date: 5/30/2017                    Thomas G. Bruton, Clerk of Court

                                   Pamela J. Geringer, Deputy Clerk

# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

*In re Testosterone Products Liability Litigation*
Case No. 1:14-cv-01748

List of Cases to be Dismissed with Prejudice
Pursuant to CMO 19(B) Amended

**Pfizer Inc. and/or Pharmacia & Upjohn Company LLC Defendants Only**

| | **Plaintiff's Name** | **Docket Number** | **Defendants** | **Plaintiff Counsel** |
|---|---|---|---|---|
| 1 | Eschenbaum, Harrison | 1:16-cv-11561 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Padberg Corrigan & Appelbaum |
| 2 | Joslin, Gerald | 1:17-cv-00110 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Kabateck Brown Kellner |
| 3 | Prizler, Ralph | 1:17-cv-00120 | Pfizer, Inc.; Pharmacia & Upjohn Company, Inc. | Wagstaff & Cartmell |
| 4 | Griffith, Gary | 1:17-cv-00558 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Lopez McHugh, LLP |
| 5 | Gray, Bubba Joe | 1:17-cv-00605 | Pfizer Inc.; Pharmacia & Upjohn Company LLC | Goldenberg Law |
| 6 | Sibtya, Francis | 1:17-cv-00606 | Pfizer Inc.; Pharmacia & Upjohn Company | Goldenberg Law |
| 7 | McCord, Ronald | 1:17-cv-00607 | Pfizer Inc.; Pharmacia & Upjohn Company | Goldenberg Law |
| 8 | Ancrum, Keith | 1:17-cv-00608 | Pfizer Inc.; Pharmacia & Upjohn Company LLC | Goldenberg Law |
| 9 | Brown, Randal | 1:17-cv-00625 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Matthews & Associates |
| 10 | Fleeger, David | 1:17-cv-00465 | Pfizer, Inc.; Pharmacia & Upjohn Company, LLC | Carey, Danis & Lowe |
| 11 | Hitz, Frank | 1:17-cv-00685 | Pfizer, Inc.; Pharmacia & Upjohn Company, Inc. | Herman & Herman & Katz |
| 12 | Thorn, Bobby | 1:17-cv-00830 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Matthews & Associates |
| 13 | McCandless, James | 1:17-cv-00897 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Matthews & Associates |
| 14 | Willis, Tom Hall | 1:17-cv-00900 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

|    | **Plaintiff's Name** | **Docket Number** | **Defendants** | **Plaintiff Counsel** |
|----|----------------------|-------------------|----------------|----------------------|
| 15 | Banks, Ronald D. | 1:17-cv-00902 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 16 | Stowell, Sr., Seth S. | 1:17-cv-00907 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 17 | Underdahl, Gary L. | 1:17-cv-00912 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 18 | Wells, Gary Wade | 1:17-cv-00915 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 19 | Powell, Calvin | 1:17-cv-01057 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 20 | Bates, Gary P. | 1:17-cv-01058 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 21 | Russell, Barney P. | 1:17-cv-01059 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 22 | Keller, James | 1:17-cv-01062 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 23 | Romero, Willie | 1:17-cv-01065 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 24 | Trejo, David | 1:17-cv-01091 | Pfizer, Inc. | Johnson Becker PLLC |
| 25 | Stearns, Calvin | 1:17-cv-01271 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 26 | Franklin, David | 1:17-cv-01272 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

|    | **Plaintiff's Name** | **Docket Number** | **Defendants** | **Plaintiff Counsel** |
|----|---------------------|-------------------|----------------|----------------------|
| 27 | Paulmeno, Roger | 1:17-cv-01277 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 28 | Smith, Curtis | 1:17-cv-01306 | Pfizer, Inc. | Johnson Becker PLLC |
| 29 | Solomon, Robert | 1:17-cv-1382 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Onder, Shelton, O'Leary & Peterson LLC |
| 30 | Craig, Michael | 1:17cv-01451 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Wagstaff & Cartmell, LLP |
| 31 | Trabbic, Ronald | 1:17-cv-01593 | Pfizer, Inc. | Gallon, Takacs, Boissoneault & Schaffer |
| 32 | Stevens, II, John Fred | 1:17-cv-01594 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 33 | Hayes, Timothy | 1:17-cv-02208 | Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Houssiere, Durant & Houssiere, LLP |

3